SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202
Facsimile (212) 422-0925
Attorneys for Defendant
RALLY MANUFACTURING, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x
ALFRED DEGENNARO,

                        Plaintiff,     **Civil Action No.: 09-443 (JAP)**

                v.

RALLY MANUFACTURING, INC., PEP BOYS    **SUBSTITUTION OF COUNSEL**
INC., and JOHN DOE,

                       Defendants.
-----------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED THAT** Defendant Pep Boys—Manny Moe & Jack, i/s/a Pep Boys, Inc. ("Pep Boys"), substitutes Sedgwick, Detert, Moran & Arnold, LLP as its counsel and attorneys of record in this matter, in place and instead of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP as of the date hereof, and that this substitution is effective without further notice.

NY/558440v1

| | |
|---|---|
| Lori Reiner Rovins, Esq.<br>MINTZER, SAROWITZ, ZERIS,<br>LEDVA & MEYERS<br>2070 Springdale Road, Ste. 400<br>Cherry Hill, New Jersey 08003<br>(856) 616-0700<br>Withdrawing Attorneys for Defendant<br>PEP BOYS, INC. | Scott L. Haworth<br>SEDGWICK, DETERT, MORAN &<br>ARNOLD LLP<br>125 Broad Street<br>New York, NY 10004<br>(212) 422-0202<br>Superseding Attorneys for Defendant<br>PEP BOYS, INC. |
| _/s/ Lori Reiner Rovins_<br>Lori Reiner Rovins, Esq. | _/s/ Scott L. Haworth_<br>Scott L. Haworth |
| Dated: March 10, 2010 | Dated: March 10, 2010 |

NY/558440v1