SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202
Facsimile (212) 422-0925
Attorneys for Defendant
RALLY MANUFACTURING, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x
ALFRED DEGENNARO,

                            Plaintiff,    **Civil Action No.: 09-443 (JAP)**

         v.

RALLY MANUFACTURING, INC., PEP BOYS    **SUBSTITUTION OF COUNSEL**
INC., and JOHN DOE,

                          Defendants.
-----------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED THAT** Defendant Pep Boys—Manny Moe & Jack, i/s/a Pep Boys, Inc. ("Pep Boys"), substitutes Sedgwick, Detert, Moran & Arnold, LLP as its counsel and attorneys of record in this matter, in place and instead of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP as of the date hereof, and that this substitution is effective without further notice.

NY/558440v1

Lori Reiner Rovins, Esq.
MINTZER, SAROWITZ, ZERIS,
LEDVA & MEYERS
2070 Springdale Road, Ste. 400
Cherry Hill, New Jersey 08003
(856) 616-0700
Withdrawing Attorneys for Defendant
PEP BOYS, INC.

_____
Lori Reiner Rovins, Esq.

Dated: March 10, 2010

Scott L. Haworth
SEDGWICK, DETERT, MORAN &
ARNOLD LLP
125 Broad Street
New York, NY 10004
(212) 422-0202
Superseding Attorneys for Defendant
PEP BOYS, INC.

_____
Scott L. Haworth

Dated:  March 10, 2010