**Sedgwick**
DETERT, MORAN & ARNOLD LLP

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*

*Margot Wilensky*
*212-898-5522*
*margot.wilensky@sdma.com*

March 29, 2010

*Via Facsimile to (609) 989-0435*

Honorable Tonianne J. Bongiovanni
United States District Court
District Court of New Jersey
402 East State Street
Court Room 6 East
Trenton, New Jersey 08608

RECEIVED
MAR 29 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

**Re: *DeGennaro v. Rally Manufacturing Inc., et al.***
   Civil Action No.: 09-443 (JAP)
   File No.: 3057-000009

Dear Judge Bongiovanni:

   This firm represents defendants Rally Manufacturing, Inc. ("Rally") and Pep Boys—Manny Moe & Jack, i/s/a Pep Boys, Inc. ("Pep Boys") in the above-referenced matter. I write to request a brief adjournment of the telephone status conference scheduled with Your Honor for tomorrow, March 30, 2010 at 10:00 a.m. All parties have consented to the adjournment.

   We request this adjournment because we must appear for a settlement conference with the Honorable Ann Marie Donio, U.S.M.J. in the United States District Court, District of New Jersey which has been moved to tomorrow morning to accommodate religious and family obligations for Passover. We therefore respectfully request that the conference scheduled in this matter before Your Honor be adjourned to ***Monday, April 5, 2010 at 9:30 a.m.***

   We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

Margot Wilensky
Sedgwick, Detert, Moran & Arnold LLP

MW/mw

So Ordered this 29 day
of March, 2010

NY/561980v1