UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

<u>**TRENTON**</u>  <u>**April 5, 2010**</u>
**OFFICE** **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**
DIGITALLY RECORDED

**TITLE OF CASE**: CV-09-443 (JAP)

ALFRED DEGENNARO
    V.
RALLY MANUFACTURING, INC., et al.,

**APPEARANCES:**

Alfred DeGennaro, *pro se* plaintiff
Margot Nicole Wilensky, Esq., & Scott L. Haworth, Esq., for defendant Rally
Lori Reiner Rovins, Esq., for defendant Pep Boys

**NATURE OF PROCEEDING:**

Telephone conference held regarding discovery issues.
Parties are to advise this Court by April 30, 2010 regarding discovery issues and revised schedule.

**Commenced: 9:38am**
**Adjourned:  9:53am** **s/ MARK MORELLI**
**Deputy Clerk**