# Sedgwick
DETERT, MORAN & ARNOLD LLP

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

*www.sdma.com*   212.422.0202 *phone*   212.422.0925 *fax*

*Margot Wilensky*
*212-898-5522*
*margot.wilensky@sdma.com*

June 21, 2010

*Via Facsimile to (609) 989-0435*

Honorable Tonianne J. Bongiovanni
United States District Court
District Court of New Jersey
402 East State Street
Court Room 6 East
Trenton, New Jersey 08608

RECEIVED
JUN 22 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

**Re: DeGennaro v. Rally Manufacturing Inc., et al.**
   Civil Action No.: 09-443 (JAP)
   File No.: 3057-000009

Dear Judge Bongiovanni:

   This firm represents defendants Rally Manufacturing, Inc. ("Rally") and Pep Boys—Manny Moe & Jack, i/s/a Pep Boys, Inc. ("Pep Boys") in the above-referenced matter. I write to request a one week extension of time, to June 28, 2010, to provide Pep Boys' Answers to Interrogatories and Response to Request for Production of Documents. Plaintiff has consented to the extension of time.

   We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

*Margot Wilensky*

Margot Wilensky
Sedgwick, Detert, Moran & Arnold LLP

MW/mw

cc: (*via email*)

Alfred DeGennaro
12 Christopher Way, Ste 200
Eatontown, New Jersey 07724
Pro Se Plaintiff
*adlaw76@gmail.com*

So Ordered this 21 day
of June , 2010

**ORDER ON ORAL MOTION**

NY/577515v1