UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**TRENTON**                                                                               **August 17, 2010**
**OFFICE**                                                                         **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**
DIGITALLY RECORDED

**TITLE OF CASE**:                                                 CV-09-443 (JAP)

ALFRED DEGENNARO
    V.
RALLY MANUFACTURING, INC., et al.,

**APPEARANCES:**

Alfred DeGennaro, *pro se* plaintiff
Margot Nicole Wilensky, Esq., & Nora Coleman, Esq.,  for defendant Rally & Pep Boys

**NATURE OF PROCEEDING:**

Telephone conference held regarding discovery issues.
Rulings made on the record.
Conference call set for October 27, 2010 at 2:00pm. Defendant is to initiate the call.
Order to be entered.

**Commenced:  10:33am**
**Adjourned:   11:29am**                                            s/ MARK MORELLI
                                                                                                 **Deputy Clerk**