UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

August 17, 2010

## LETTER ORDER

Re: **DEGENNARO V. RALLY MANUFACTURING, INC. et al.**
    Civil Action No. 09-0443 (JAP)

Dear Mr. DeGennaro and Counsel,

As discussed during today's status conference, the scheduled has been amended as follows:

1. Fact discovery to be completed by **10/29/10**;

2. Defendant's expert report is due **12/15/10**; Plaintiff is to advise no later than **12/22/10**

   whether he will be seeking leave to obtain a rebuttal expert report;

3. A status telephone conference, to be initiated by Defendant, shall be conducted on

   **10/27/10 at 2:00 PM.**   Damages discovery shall be addressed during this call.


**IT IS SO ORDERED.**

   s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**