Alfred DeGennaro
Attorney - Plaintiff Pro Se
12 Christopher Way - Suite 200
Eatontown, NJ 07724
Phone 732-493-8211   adlaw76@gmail.com

October 19, 2010

The Honorable Tonianne J. Bongiovanni
Federal District Court of New Jersey
402 East State Street
Trenton, New Jersey 08608

RECEIVED
OCT 18 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re: DeGennaro v. Rally Manufacturing, Inc. et al. 09-443 (JAP)

Dear Judge Bongiovanni

In furtherance of my letter of October 15, 2010, pointing out that I believed my opposing counsel made a simple over site in not allowing for a follow up period of fact discovery after I consented to reschedule the defendant's depositions, I have acquired her consent to extend fact discovery until January 15, 2011.

Very truly yours,

Alfred DeGennaro, Esquire
Plaintiff Pro se

CC: Margot Wilensky, Attorney for Defendants Rally Manufacturing, Inc.
    and Pep Boys, Manny Moe and Jack

*Granted*

*The telephone Conference set for Dec. 2, 2010 at 10:30 shall go forward. The parties are kindly requested to telephone this Court from Plaintiff's scheduled deposition.*

So Ordered this 19 day of October, 2010

[signature]