

# HAWORTH
## COLEMAN & GERSTMAN, LLC

45 Broadway, 21st Floor, New York, NY 10006
212.952.1100 • Fax: 212.952.1110
www.hcandglaw.com

*Margot Wilensky*
*Direct: 212.952.1106*
*margot.wilensky@hcandglaw.com*

November 30, 2010

*Via Facsimile to (609) 989-0435*

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court,
District Court of New Jersey
402 East State Street
Courtroom 6 East
Trenton, New Jersey 08608

RECEIVED
DEC - 1 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

*Re: **DeGennaro v. Rally Manufacturing Inc., et al.***
   Civil Action No.: 09-443 (JAP)
   Our File No.: 348-1014

Dear Judge Bongiovanni:

    This firm represents defendants Rally Manufacturing, Inc. ("Rally") and Pep Boys—Manny Moe & Jack of Delaware, Inc. ("Pep Boys"). This letter confirms that the court has scheduled an in-person settlement conference for Wednesday, December 22, 2010 at 9:30 AM, and that the telephone conference scheduled for December 2, 2010 has been cancelled.

    We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

*Margot Wilen*

Margot Wilensky
Haworth Coleman & Gerstman, LLC

MW/mw

cc: *(via email)*

Alfred DeGennaro
12 Christopher Way, Ste 200
Eatontown, New Jersey 07724
Pro Se Plaintiff
adlaw76@gmail.com

So Ordered this ___1___ day
of ___December___, 20_10_