

# HAWORTH
## COLEMAN & GERSTMAN, LLC

45 Broadway, 21st Floor, New York, NY 10006
212.952.1100 • Fax: 212.952.1110
www.hcandglaw.com

*Margot Wilensky*
*Direct: 212.952.1106*
*margot.wilensky@hcandglaw.com*

December 9, 2010

*Via Facsimile to (609) 989-0435*

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court,
District Court of New Jersey
402 East State Street
Courtroom 6 East
Trenton, New Jersey 08608

RECEIVED
DEC 10 2010
AT 8:30_____
WILLIAM T. WALSH
CLERK

Re: *DeGennaro v. Rally Manufacturing Inc., et al.*
    Civil Action No.: 09-443 (JAP)
    Our File No.: 348-1014

Dear Judge Bongiovanni:

This firm represents defendants Rally Manufacturing, Inc. ("Rally") and Pep Boys—Manny Moe & Jack of Delaware, Inc. ("Pep Boys"). We are scheduled to appear for an in-person settlement conference before Your Honor on December 22, 2010.

By letter to the Court dated November 11, 2010, defendants requested an extension of fact discovery to February 1, 2011 to accommodate the completion of depositions. While we expect that the discovery schedule will be amended should this case not settle, *we write now to request an extension for defendants to serve their expert report*, currently due on December 15, 2010, until after the completion of depositions. Depositions of defendants are scheduled to go forward in early January. As such, it would place defendants at a serious disadvantage to prematurely serve their expert report at this time.

We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

Margot Wilen—

Margot Wilensky
Haworth Coleman & Gerstman, LLC

So Ordered this __9__ day
of __December__, 20_10_

MW/mw

*New Jersey Office: 660 Newark Avenue, Jersey City, NJ 07306 Tel: 201.465.4180 Fax: 201.465.4182*

Hon. Tonianne J. Bongiovanni, U.S.M.J.
December 9, 2010
Page 2


cc: *(via email)*

Alfred DeGennaro
12 Christopher Way, Ste 200
Eatontown, New Jersey 07724
Pro Se Plaintiff
*adlaw76@gmail.com*