| | | |
|---|---|---|
| **ALFRED DEGENNARO,** | : | UNITED STATES DISTRICT COURT |
| | : | DISTRICT OF NEW JERSEY |
| Plaintiff(s), | : | |
| | : | |
| -vs- | : | Civil Action No. 09-443 (JAP) |
| | : | |
| **RALLY MANUFACTURING, INC., et al.,** | : | |
| | : | <u>ORDER SCHEDULING CONFERENCE</u> |
| Defendant(s). | : | |
| | : | |

IT IS on this 18TH day of January, 2011

**ORDERED** that a settlement conference shall be held on **Wednesday, February 23, 2011** at **11:00 a.m.** at the U.S. Courthouse, 402 East State Street, Courtroom 6E, Trenton New Jersey. Parties with full settlement authority are required to be present at the conference.

**IT IS SO ORDERED.**

        s/ Tonianne J. Bongiovanni
        **TONIANNE J. BONGIOVANNI**
        **United States Magistrate Judge**