UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(TRENTON)

------------------------------------------------------------x
ALFRED DEGENNARO,

                Plaintiff,         CIVIL ACTION NO.: 09-443 (JAP)

    v.

                           ORDER

RALLY MANUFACTURING, INC., PEP
BOYS INC., and JOHN DOE,

                Defendants.
------------------------------------------------------------x

[Stamp: RECEIVED MAY -9 2011 AT 8:30 __M WILLIAM T. WALSH CLERK]

THIS MATTER having been brought before the Court upon the Motion by Haworth Coleman & Gerstman, LLC, attorneys for defendants Rally Manufacturing, Inc. ("Rally"), and Pep Boys—Manny Moe & Jack of Delaware, Inc. ("Pep Boys"), in this action, seeking an order, pursuant to pursuant to Fed. R. Civ. P. 15(a)(2), granting Rally leave to file an amended answer, and the Court having considered the papers ~~as well as any opposition~~ *and Plaintiff indicating by letter of this date that he will not contest this Motion*, and for good cause shown;

IT IS on this _9_ day of _May_, 2011,

**ORDERED** that defendants' motion for leave to file an amended answer on behalf of Rally is hereby granted; and it is further

**ORDERED** that Rally is directed to file and serve its amended answer within 15 days.

                                                    _/s/_
                                          Hon. Tonianne J. Bongiovanni, U.S.M.J.

____ Opposed

_✓_ Unopposed

*Docket Entry No 35 is terminated*