

# HAWORTH
## COLEMAN & GERSTMAN, LLC

45 Broadway, 21st Floor, New York, NY 10006
212.952.1100 • Fax: 212.952.1110
www.hcandglaw.com

*Margot Wilensky*
*Direct: 212.952.1106*
*margot.wilensky@hcandglaw.com*

May 10, 2011

*Via Facsimile to (609) 989-0435*

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District Court of New Jersey
402 East State Street
Courtroom 6 East
Trenton, New Jersey 08608

R E C E I V E D
MAY 1 0 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

*Re: DeGennaro v. Rally Manufacturing Inc., et al.*
   Civil Action No.: 09-443 (JAP)
   Our File No.: 348-1014

Dear Judge Bongiovanni:

This firm represents defendants Rally Manufacturing, Inc. and Pep Boys—Manny Moe & Jack of Delaware, Inc. We have conferred with plaintiff and confirmed that all parties are available for a telephone conference on Monday, May 16, 2011 at 10:00 am. We will initiate the call.

We appreciate your Honor's time and attention to this matter.

Respectfully submitted,

Margot Wilensky
Haworth Coleman & Gerstman, LLC

MW/mw

cc: (via email)

Alfred DeGennaro
Plaintiff Pro Se
adlaw76@gmail.com

So Ordered this 10th day
of May 2011

*New Jersey Office: 660 Newark Avenue, Jersey City, NJ 07306 Tel: 201.465.4180 Fax: 201.465.4182*