UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

DeGennaro

vs.

Rally Manufacturing Inc., et al

Civil No. *09-443*

Order of Reassignment

R E C E I V E D
JUN 2 3 2011
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

It is on this 23rd day of June, 2011

O R D E R E D that the entitled action is reassigned from

JUDGE JOEL A. PISANO TO JUDGE PETER G. SHERIDAN.

S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT